1  MARY KATE SULLIVAN (State Bar No. 180203)
   NATILEE S. RIEDMAN (State Bar No. 257871)
2  nsr@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendants
   DEUTSCHE BANK TRUST COMPANY AMERICAS AS
7  TRUSTEE FOR RALI 2005QS3 and ETS SERVICES, LLC

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | LDK CAPITAL, LLC, a California limited liability company, | Case No.:  11-cv-02168-MCE-GGH |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| 13 | vs. | |
| 14 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2005QS3, a New York State banking association; and EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC aka ETS SERVICES, INC., a Delaware limited liability company, | Complaint Date:  August 15, 2011<br>Trial Date:  None Set |
| 15-18 | Defendants. | |

21     Plaintiff LDK CAPITAL, LLC (hereinafter "Plaintiff") and defendants DEUTSCHE

22  BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2005QS3 and ETS

23  SERVICES, LLC (hereinafter "Defendants"), by and through their respective counsel of record

24  herein stipulate that the above-captioned action be dismissed in its entirety and with prejudice,

25  each party to bear its own costs.

26        IT IS SO STIPULATED.

27  ///

28  ///

1  DATED:  October ____, 2011              SEVERSON & WERSON
                                           A Professional Corporation
2

3                                          By:  /S/
                                                    Natilee S. Riedman
4
                                           Attorneys for Defendants
5                                          DEUTSCHE BANK TRUST COMPANY
                                           AMERICAS AS TRUSTEE FOR RALI
6                                          2005QS3 and ETS SERVICES, LLC

7

8  DATED:  October ____, 2011              MURPHY AUSTIN ADAMS SCHOENFELD

9

10
                                           By:  /S/
11                                                   Lisa Nicolls

12                                         Attorneys for Plaintiff
                                           LDK CAPITAL, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
19000/1023/976745.1                        STIPULATION TO DISMISS ACTION WITH PREJUDICE
                                           Case No.:  11-02168-MCE-GGH

1  **ORDER**

2  Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

3  IT IS HEREBY ORDERED that the entire action is hereby dismissed with prejudice, each

4  side to bear its own costs.  The Clerk of the Court is directed to close this case.

5  IT IS SO ORDERED.

6  Dated:  December 8, 2011

7  _____
8  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE