MARY KATE SULLIVAN (State Bar No. 180203)
NATILEE S. RIEDMAN (State Bar No. 257871)
nsr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
DEUTSCHE BANK TRUST COMPANY AMERICAS AS
TRUSTEE FOR RALI 2005QS3 and ETS SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LDK CAPITAL, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2005QS3, a New York State banking association; and EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC aka ETS SERVICES, INC., a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-cv-02168-MCE-GGH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Date:  August 15, 2011<br>Trial Date:  None Set |

Plaintiff LDK CAPITAL, LLC (hereinafter "Plaintiff") and defendants DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2005QS3 and ETS SERVICES, LLC (hereinafter "Defendants"), by and through their respective counsel of record herein stipulate that the above-captioned action be dismissed in its entirety and with prejudice, each party to bear its own costs.

IT IS SO STIPULATED.

///

///

1  DATED:  October \_\_\_\_, 2011				SEVERSON & WERSON
							A Professional Corporation
2

3							By:  /S/
								Natilee S. Riedman
4
							Attorneys for Defendants
5							DEUTSCHE BANK TRUST COMPANY
							AMERICAS AS TRUSTEE FOR RALI
6							2005QS3 and ETS SERVICES, LLC

7

8  DATED:  October \_\_\_\_, 2011				MURPHY AUSTIN ADAMS SCHOENFELD

9

10
							By:  /S/
11								Lisa Nicolls

12							Attorneys for Plaintiff
							LDK CAPITAL, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
19000/1023/976745.1					STIPULATION TO DISMISS ACTION WITH PREJUDICE
							Case No.:  11-02168-MCE-GGH

# ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the entire action is hereby dismissed with prejudice, each side to bear its own costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE